UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

**-vs-**                                                                                  **Case No. 2:13-mj-286**

**Haider Zafar**

COURTROOM   MINUTES

| JUDGE: | Terence P. Kemp | DATE AND TIME: | May 28, 2013 at 10:30 AM |
|---|---|---|---|
| DEPUTY CLERK: | Sherry Nichols | COUNSEL FOR GOVT: | Dale Williams |
| COURT FLOW: | #1 – 9 minutes | COUNSEL FOR DEFT(S). | Samuel Shamansky |
| INTERPRETER: | | PRETRIAL/PROBATION: | Dennis McCafferty |

Initial Appearance on Complaint

-Dft advised of rights, penalties, and charges
-AUSA to amend the typos in the complaint
-Parties motion the Court to seal the affidavit in the complaint; motion Granted
-Dft waived his preliminary and detention hearing
-Dft remanded to the custody of the U.S. Marshal