AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 2:13-MJ-286 |
| Haider Zafar | ) | |
| Defendant | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Samuel H. Shamansky
*Printed name and bar number of defendant's attorney*

503 S 3rd
*Address of defendant's attorney*

Shamansky co @ gmail
*E-mail address of defendant's attorney*

614 242 3539
*Telephone number of defendant's attorney*

614 242 3999
*FAX number of defendant's attorney*