IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

vs.

Haider Zafar,

CASE No. 2:13-mj-286

Magistrate Judge Kemp

NOTICE of
WAIVER OF DETENTION HEARING

I, HAIDER ZAFAR, charged in a complaint pending in this district with fraud by wire, radio, or televison in violation of Title 18 U.S.C. §1343 hereby agree to remain in custody pending resolution of the charges. I reserve the right to request a detention hearing at a later date.

_____
Defendant

_____
Samuel H. Shamansky
Counsel for the defendant

_____
Date