# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED
TIME _____
MAY 3 0 2012
JOHN P. HEHMAN, Clerk
COLUMBUS, OHIO

United States of America )
v. )
) Case No. 2:13-MJ-00286
HAIDER ZAFAR )
*Defendant* )

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   HAIDER ZAFAR                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Wire Fraud, 18 U.S.C. 1343


Date: 05/26/2013

City and state:   Columbus, Ohio

*Issuing officer's signature*

Norah McCann King, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 05/26/2013 , and the person was arrested on *(date)* 05/26/2013
at *(city and state)* Columbus, OH .

Date: 5/28/13

*Arresting officer's signature*

Evan Llewellyn, Special Agent
*Printed name and title*